UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY SCARPIELLO,

    Plaintiff,

v.                                               Case No: 8:18-cv-1860-MSS-AEP

MEDICAL SUPPORT LOS ANGELES,
a Medical Corporation, a/k/a MSLA, a foreign
corporation registered to do business in Florida;
MSLA MANAGEMENT, LLC, a foreign limited
liability company registered to do business in Florida;
LOGISTICS HEALTH, INC., a foreign
corporation registered to do business in Florida;
OPTUM, INC., d/b/a OptumServe, a foreign corporation; and
UNITEDHEALTH GROUP INCORPORATED,
(NYSE: UNH), a foreign corporation,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon Plaintiff's Motions to Compel Discovery Responses (Docs. 42 & 49) and Defendant's Response in Opposition (Doc. 52). A telephonic hearing was held on December 6, 2018. Accordingly, after due consideration and for the reasons stated at the hearing, it is hereby

ORDERED:

1. Defendant, Medical Support Los Angeles, a Medical Corporation ("MSLA"), has until 5:00 PM on December 7, 2018 to file a motion requesting a confidentiality order. If such a motion is filed, the Court will issue a notice scheduling a hearing on the matter for December 13, 2018 at 10:30 AM.

2. Plaintiff's Motion to Compel Discovery (Doc. 42) is GRANTED as to interrogatory

requests No. 2-5 and No. 8, insofar as the Defendant's responses must be amended without the objections.

3. Plaintiff's Motion to Compel Discovery (Doc. 49) is GRANTED as to Interrogatory No. 9, and a response must be produced upon the Court's entry of a confidentiality order.

4. Plaintiff's Motion to Compel Discovery (Doc. 49) is GRANTED as to requests for production No. 1-4 and No. 6, and production of the requested discovery shall occur upon the Court's entry of a confidentiality order.

5. Plaintiff's Motion to Compel Discovery (Doc. 42) is DENIED without prejudice as to requests for production No. 5 and No. 11.

6. The Court will issue a notice scheduling a status conference hearing for January 3, 2019 at 10:00 AM to address any discovery matters.

DONE AND ORDERED in Tampa, Florida, this 7th day of December, 2018.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of record