UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY SCARPIELLO,

      Plaintiff,

v.                                                       Case No: 8:18-cv-1860-MSS-AEP

MEDICAL SUPPORT LOS ANGELES,
a Medical Corporation, a/k/a MSLA, a foreign
corporation registered to do business in Florida;
MSLA MANAGEMENT, LLC, a foreign limited
liability company registered to do business in Florida;
LOGISTICS HEALTH, INC., a foreign
corporation registered to do business in Florida;
OPTUM, INC., d/b/a OptumServe, a foreign corporation; and
UNITEDHEALTH GROUP INCORPORATED,
(NYSE: UNH), a foreign corporation,

      Defendants.
_____/

**ORDER**

This matter comes before the Court upon the parties' Notice of a Modified Model Confidentiality Agreement (Doc. 64, 64-1). The proposed Modified Model Confidentiality Agreement (Doc. 64, 64-1) sets forth the process by which the parties agree to handle the disclosure, dissemination, and use of confidential and proprietary information by or on behalf of any party through the discovery and all pretrial processes. For purposes of discovery and preventing the parties from litigating the issue of confidentiality as to each document, the parties' agreement serves a useful purpose. As such, the Court finds good cause to adopt the confidentiality agreement. *See* Fed. R. Civ. P. 26(c)(1). Upon consideration, therefore, it is hereby

      ORDERED:

1. The parties' Modified Model Confidentiality Agreement (Doc. 64, 64-1) is ADOPTED by the Court, and the proposed method by which the parties agree to handle the disclosure, dissemination, and use of confidential information is APPROVED and incorporated herein.[1] This Court's authority to enforce the terms of this agreement shall terminate upon a final determination of this action.

DONE AND ORDERED in Tampa, Florida, on this 20th day of December, 2018.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

---

[1] The Court notes that, when a party seeks to file a document under seal, the Court shall determine the matter upon motion by the party in conformance with Local Rule 1.09, which sets forth the procedures to be followed when a party seeks leave to file under seal. *See* M.D. Fla. R. 1.09.